ELIZABETH D. DE LANCEY, Respondent, *v.* JOHN P. HAWKINS, Appellant, Impleaded with ELIAS D. HUNTER et al., Respondents.

*De Lancey* v. *Hawkins,* 23 App. Div. 8, affirmed.
(Argued May 10, 1900; decided June 12, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 2, 1898, affirming a judgment entered upon a verdict directed by the court adjudging that the plaintiff and the defendants, other than Hawkins, are seized in fee and entitled to the recovery of the possession of certain lands under water.

*Lawrence Kneeland* for appellant.

*Walter D. Edmonds* and *John Hunter, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.

———————

EUGENE O'SULLIVAN et al., Respondents, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

*O'Sullivan* v. *N. Y. Elevated R. R. Co.,* 20 App. Div. 384, affirmed.
(Argued May 10, 1900; decided June 12, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 19, 1897, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Julien T. Davies* and *J. Osgood Nichols* for appellants.

*Treadwell Cleveland* and *William V. Rowe* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.